JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES SHAYLER, an individual, | Case No. CV 21-2768-GW-AFMx |
|---|---|
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| EUGENE YOUNG, an individual; MICHELLE YOUNG, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and Eugene Young and Michelle Young, ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  September 28, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE